FILED
CLERK, U.S. DISTRICT COURT
02/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

TEVIN DARNELL SKINNER,

Defendant.

ED CR No. 5:25-cr-00044-MRA

I N D I C T M E N T

[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture]

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 25, 2025, in Riverside County, within the Central District of California, defendant TEVIN DARNELL SKINNER knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1. A Glock, Model 22, 40 caliber pistol, bearing serial number RHC285;

2. Five rounds of PMC Smith & Wesson 40 caliber ammunition; and

3. Five rounds of Fiocchi 40 caliber ammunition.

Defendant SKINNER possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Carjacking, in violation of California Penal Code Section 215(a), in the Superior Court of California for the County of Riverside, case number INF10002207, on or about April 11, 2011;

2. Kidnapping, in violation of California Penal Code Section 207(a), in the Superior Court of California for the County of Riverside, case number INF10002207, on or about April 11, 2011;

3. Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court of California for the County of Riverside, case number INF10002207, on or about April 11, 2011;

4. False Imprisonment, in violation of California Penal Code Section 236, in the Superior Court of California for the County of Riverside, case number INF10002207, on or about April 11, 2011; and

5. Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), in the United States District Court for the Central District of California, case number ED CR 22-00186-JGB-1, on or about January 30, 2023.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

Lindsey Greer Dotson

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant U. S. Attorney
Riverside Branch Office