UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**



| | | | |
|---|---|---|---|
| Case No. | EDCR25-00044-JGB-1 | Date | July 14, 2025 |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Maynor Galvez | Phyllis A. Preston | Miles Robinson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Tevin Darnell Skinner | ✗ | ✗ | | Luisa Tamez, DFPD | ✗ | ✗ | |

**Proceedings: MOTION TO SUPPRESS (Dkt. No. 16)**

The Court hears argument on the Motion to Suppress. The motion stands submitted.