CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
HOLT ORTIZ ALDEN (Bar No. 338290)
(E-Mail: Holt_Alden@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4679
Facsimile: (213) 894-0081

Attorneys for Defendant
TEVIN DARNELL SKINNER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TEVIN DARNELL SKINNER

Defendant.

Case No. 5:25-cr-00044-JGB-1

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Deputy Federal Public Defender Holt Ortiz Alden, hereby gives notice that he has been assigned to represent Defendant Tevin Darnell Skinner for all proceedings in this case.

Please make all necessary changes to the Court’s case management/electronic filing system to ensure that Deputy Federal Public Defender Holt Ortiz Alden receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 16, 2025

By: */s/ Holt Ortiz Alden*

Holt Ortiz Alden
Deputy Federal Public Defender